IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| PURNICE "CURTIS" DORTCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QUALITY RESTAURANT )<br>CONCEPTS, LLC, d/b/a )<br>APPLEBEE'S, )<br>)<br>Defendant. ) | CIVIL ACTION NUMBER:<br>1:12-CV-00198 |

## JOINT STATUS UPDATE AND STIPULATION OF DISMISSAL

COME NOW, Defendant and Plaintiff by and through the undersigned counsel and give notice to the Court that the subject arbitration was dismissed with prejudice on 01/25/2016. Accordingly, the Parties jointly request that this Court dismiss with prejudice the above-styled cause with each party to bear its own attorneys' fees, costs and expenses.

On this the 26th day of January, 2016.

Respectfully Submitted,

_____
Randall D. Larramore, Esq.
Counsel for Plaintiff

PATY, RYMER, ULIN
& LARRAMORE, P.C.
19 Patten Parkway
Chattanooga, TN 37402
(423) 756-6770

_Michael L. Thompson_ (signature)

Michael L. Thompson
Counsel for Defendant

OF COUNSEL:
LEHR MIDDLEBROOKS VREELAND
 & THOMPSON, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
Fax: (205) 326-3008

507617